```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 01678
   TODD E ENGER
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-2916
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/31/07 and confirmed on 06/13/07.

   2.  The case was dismissed after confirmation, 11/16/2007.

   3.  The Debtor paid a total of $   2919.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| UNITED STATES DEPT OF AG | CURRENT MORTG | 934.74 | .00 | 934.74 |
| UNITED STATES DEPT OF AG | MORTGAGE ARRE | 8808.45 | .00 | .00 |
| GRUNDY BANK | SECURED | 1908.37 | .00 | 1908.37 |
| GRUNDY BANK | MORTGAGE ARRE | 4849.00 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 3591.83 | .00 | .00 |
| CONNIE ENGER | CHILD SUPPORT | NOT FILED | .00 | .00 |
| CITY OF MORRIS | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1299.42 | .00 | .00 |
| JAMES BAILEY | UNSECURED | 3900.00 | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | 2595.46 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1890.82 | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | 848.07 | .00 | .00 |

        Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 16500.56 | .00 | 14125.60 | .00 | 30626.16 |
| PRINCIPAL PAID | 2843.11 | .00 | .00 | .00 | 2843.11 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2843.11 | .00 | .00 | .00 | 2843.11 |

The Debtor's attorney, LESLEY A HOENIG             , was allowed $   3000.00
and was paid $       .00 .

The Trustee received $     75.89 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 02/11/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```